# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3974
_____

LEAH SIMMS, TERRI LEIGH
JONES, TONYA SUE CHAVIS, and
LESLIE ANDERSON-ADAMS,

    Appellants,

    v.

STATE OF FLORIDA, DEPARTMENT
OF BUSINESS AND PROFESSIONAL
REGULATION and JONATHAN
ZACHEM, Secretary, in his
official capacity, and
DEPARTMENT OF MANAGEMENT
SERVICES, and DMS Secretary,
ERIN ROCK, in her official
capacity,

    Appellees.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

July 27, 2018


PER CURIAM.

    AFFIRMED.

WETHERELL, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gary Lee Printy of Law Office of Gary Lee Printy, Tallahassee, for Appellants.

Ross Marshman, Chief Appellate Counsel, and Alison A. Parker, Assistant General Counsel, Office of General Counsel, Department of Business and Professional Regulation, Tallahassee, for Appellees Department of Business and Professional Regulation and Jonathan Zachem, Secretary.

Richard C. Swank and James J. Parry, Assistant General Counsels, Office of General Counsel, Department of Management Services, Tallahassee, for Appellees Department of Management Services, and DMS Secretary, Erin Rock.